UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICK DOKE, #495098,

        Petitioner,

                                            CASE NO. 2:20-CV-13190
v.                                       HONORABLE SEAN F. COX

WILLIS CHAPMAN,

        Respondent.
_____/

### ORDER DENYING MOTION FOR RECONSIDERATION

Michigan prisoner Erick Doke ("Petitioner") filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 seeking release from custody due to his risk of illness and death due to COVID-19 while incarcerated. ECF No. 1. The Court dismissed the petition without prejudice on exhaustion grounds, denied a certificate of appealability, and denied leave to proceed in forma pauperis on appeal. ECF No. 2. The matter is now before the Court on Petitioner's motion for reconsideration contending that the Court erred in doing so. ECF No. 4.

A motion for reconsideration which presents issues already ruled upon by a district court, either expressly or by reasonable implication, will not be granted. *Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner raises such issues in his motion. The Court properly dismissed his petition without prejudice on exhaustion grounds for the reasons stated in its opinion. Petitioner fails to meet his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3). Reconsideration is unwarranted. Accordingly, the Court **DENIES** Petitioner's motion.

**IT IS SO ORDERED**.

                                                s/Sean F. Cox
                                                SEAN F. COX
                                                UNITED STATES DISTRICT JUDGE

Dated: January 13, 2021